FILED:  April 21, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-6466
(8:25-cv-02780-PX)

_____

KILMAR ARMANDO ABREGO GARCIA

Petitioner - Appellee

v.

MARKWAYNE MULLIN, Secretary of Homeland Security; TODD BLANCHE,
Acting Attorney General; TODD M. LYONS; NIKITA BAKER

Respondents - Appellants

This case has been opened on appeal.

| Originating Court | United States District Court for the District of Maryland at Greenbelt |
|---|---|
| Originating Case Number | 8:25-cv-02780-PX |
| Date notice of appeal filed in originating court: | 04/17/2026 |
| Appellant(s) | Markwayne Mullin, Todd Blanche, Todd M. Lyons and Nikita Baker |
| Appellate Case Number | 26-6466 |
| Case Manager | C. Bennett 804-916-2702 |