**UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT**
**DOCKETING STATEMENT--CIVIL/AGENCY CASES**

**Directions:** Counsel must make a **docketing statement (civil/agency) filed** entry in CM/ECF within 14 days of docketing of the appeal, or within the due date set by the clerk's docketing notice, whichever is later. File with the entry the (1) docketing statement form with any extended answers and (2) any transcript order form. Parties proceeding pro se are not required to file a docketing statement. Opposing counsel who finds a docketing statement inaccurate or incomplete may file any objections within 10 days of service of the docketing statement using the ECF event-**docketing statement objection/correction filed**.

| | |
|---|---|
| **Appeal No. & Caption** | 26-6466, Abrego Garcia v. Mullin |
| **Originating No. & Caption** | 8:25-cv-2780, Abrego Garcia v. Noem |
| **Originating Court/Agency** | District of Maryland |

| **Jurisdiction** (answer any that apply) | | |
|---|---|---|
| Statute establishing jurisdiction in Court of Appeals | 28 U.S.C. § 1292(a)(1) | |
| Time allowed for filing in Court of Appeals | 60 days | |
| Date of entry of order or judgment appealed | Feb. 17, 2026 | |
| Date notice of appeal or petition for review filed | Apr. 17, 2026 | |
| If cross appeal, date first appeal filed | N/A | |
| Date of filing any post-judgment motion | N/A | |
| Date order entered disposing of any post-judgment motion | N/A | |
| Date of filing any motion to extend appeal period | N/A | |
| Time for filing appeal extended to | N/A | |
| Is appeal from final judgment or order? | ○ Yes | ◉ No |

If appeal is not from final judgment, why is order appealable?

Defendants-Appellants appeal both an order entering an injunction and the district court's refusal to dissolve the injunctions, which are both interlocutory orders appealable under 28 U.S.C. § 1292(a)(1).

| **Settlement** (The docketing statement is used by the circuit mediator in pre-briefing review and mediation conducted under Local Rule 33. Counsel may make a confidential request for mediation by calling the Office of the Circuit Mediator at 843-731-9099.) | | |
|---|---|---|
| Is settlement being discussed? | ○ Yes | ◉ No |

1/28/2020 SCC

| **Transcript** (transcript order must be attached if transcript is needed and not yet on file) | | |
|---|---|---|
| Is transcript needed for this appeal? | ◉ Yes | ○ No |
| Has transcript been filed in district court? | ◉ Yes | ○ No |
| Is transcript order attached? | ○ Yes | ◉ No |

| **Case Handling Requirements** (answer any that apply) | | |
|---|---|---|
| Case number of any prior appeal in same case | N/A | |
| Case number of any pending appeal in same case | N/A | |
| Identification of any case pending in this Court or Supreme Court raising similar issue | N/A | |
| | If abeyance or consolidation is warranted, counsel must file an appropriate motion. | |
| Is expedited disposition necessary? | ○ Yes | ◉ No |
| | If yes, motion to expedite must be filed. | |
| Is oral argument necessary? | ◉ Yes | ○ No |
| Does case involve question of first impression? | ○ Yes | ◉ No |
| Does appeal challenge constitutionality of federal or state statute in case to which federal or state government is not a party | ○ Yes | ◉ No |
| | If yes, notice re: challenge to constitutionality of law must be filed. | |

| **Nature of Case** (Nature of case and disposition below. Attach additional page if necessary.) |
|---|
| On August 25, 2025, Petitioner filed a habeas petition challenging his detention pending removal. The court immediately issued an oral order and then entered a letter order on August 27, 2025, enjoining the government "from removing the Petitioner from the continental United States." In an evidentiary hearing on October 10, 2025, the district court agreed that if the government were in a position to effectuate removal, they could move to dissolve the order enjoining removal. On October 24, 2025, the government filed a notice that the government could effectuate removal to Liberia, and on November 7, 2025, moved to dissolve the injunction against removal. On December 11, 2025, the district court granted Petitioner's habeas petition, ordered immediate release, and did not dissolve the injunction. Shortly after his release, Petitioner filed an emergency motion for a temporary restraining order enjoining his re-detention for purposes of removal. The court granted the TRO, and on Feburary 17, 2026, granted Petitioner's request to convert the TRO into injunctive relief. On March 20, 2026, the government renewed its motion to dissolve the injunction against removal and requested the dissolution of the injunction against detention. The government requested a ruling on the dissolution of both injunctions by April 17, 2026--the day prior to the deadline to appeal the February 17 injunction against detention. Seeing no order, the gov't appealed. |

**Issues** (Non-binding statement of issues on appeal.  Attach additional page if necessary)

(1) Did the court have jurisdiction to enjoin detention and removal;
(2) Whether the court erred in issuing the injunction against detention; and
(3) Whether the court erred in declining to dissolve the injunctions.

**Adverse Parties** (List adverse parties to this appeal and their attorneys; provide party's address if the party is not represented by counsel.  Attach additional page if necessary.)

| Adverse Party: Kilmar Armando Abrego Garcia | Adverse Party: |
|---|---|
| Attorney: See attached<br>Address: | Attorney:<br>Address: |
| E-mail: | E-mail: |
| Phone: | Phone: |

**Adverse Parties (continued)**

| Adverse Party: | Adverse Party: |
|---|---|
| Attorney:<br>Address: | Attorney:<br>Address: |
| E-mail: | E-mail: |
| Phone: | Phone: |

| **Appellant** (Attach additional page if necessary.) | |
|---|---|
| Name: Markwayne Mullin<br><br>Attorney: See attached<br>Address:<br><br><br><br>E-mail:<br><br>Phone: | Name: Todd Blanche<br><br>Attorney: See attached<br>Address:<br><br><br><br>E-mail:<br><br>Phone: |
| **Appellant (continued)** | |
| Name: Todd M. Lyons<br><br>Attorney: See attached<br>Address:<br><br><br><br>E-mail:<br><br>Phone: | Name: Nikita Baker<br><br>Attorney: See attached<br>Address:<br><br><br><br>E-mail:<br><br>Phone: |

**Signature:** /s/ Jaime A. Scott      **Date:** 5/5/2026

**Counsel for:** Appellants

**Certificate of Service** *(required for parties served outside CM/ECF)*: I certify that this document was served on _____ by ☐ personal delivery; ☐ mail; ☐ third-party commercial carrier; or ☐ email (with written consent) on the following persons at the addresses or email addresses shown:

| | |
|---|---|
| Signature: | Date: |

| Adverse Parties |
| --- |

Name: Kilmar Armando Abrego Garcia
Attorney Names, Addresses, Emails, and Phones:

**Morgan L. Anastasio**
**Courtney L Daukas**
**Roey Goldstein**
**Sascha N Rand**
**Andrew J. Rossman**
Quinn Emanuel Urquhart & Sullivan, LLP
295 Fifth Avenue
New York, NY 10016
morgananastasio@quinnemanuel.com
212-849-7340
courtneydaukas@quinnemanuel.com
212-849-7000
roeygoldstein@quinnemanuel.com
212-849-7045
sascharand@quinnemanuel.com
212-849-7175
andrewrossman@quinnemanuel.com
212-849-7000

**Jonathan Gordon Cooper**
**Olivia G. Horton**
**Nithya Pathalam**
Quinn Emanuel Urquhart & Sullivan, LLP
555 13th Street, NW, Suite 600
Washington, DC 20004
jonathancooper@quinnemanuel.com
202-538-8000
oliviahorton@quinnemanuel.com
202-538-8000
nithyapathalam@quinnemanuel.com
202-538-8000

**Rina Mahesh Gandhi**
**Simon Y Sandoval-Moshenberg**
Murray Osorio PLLC
4103 Chain Bridge Road, Suite 300
Fairfax, VA 22030
rina@murrayosorio.com
703-352-2399
ssandoval@murrayosorio.com
434-218-9376

| Appellant |
|---|

Names: Markwayne Mullin, Todd Blanche, Todd M. Lyons, Nikita Baker
Attorney Names, Addresses, Emails, and Phones:

**Drew C. Ensign**
Deputy Assistant Attorney General
U.S. Department of Justice
Civil Division
950 Pennsylvania Ave., NW
Washington, DC  20001
drew.c.ensign@usdoj.gov
202-514-2000

**Ernesto H Molina, Jr**
**Jaime A. Scott**
**Lauren E. Bryant**
DOJ-Civ, Office of Immigration Litigation
P.O. Box 878
Ben Franklin Station
Washington, DC 20044
ernesto.h.molina@usdoj.gov
202-616-9344
jaime.a.scott@usdoj.gov
202-305-3620
lauren.e.bryant@usdoj.gov
202-305-0134