KILMAR ARMANDO ABREGO GARCIA,

*Petitioner-Appellee*,

v.

MARKWAYNE MULLIN, Secretary of
Homeland Security; TODD BLANCHE,
Acting Attorney General; TODD M. LYONS;
NIKITA BAKER

*Respondents - Appellants*.

No. 26-06466

**NOTICE OF INCOMPLETE DOCKET STATEMENT**

Pursuant to Local Rule 3(b), Appellant respectfully notifies this Court that Appellees' Docketing Statement, filed May 5, 2026 (Dkt. No. 8), omits related appeals that are material to the Court's case management of this matter.

This appeal is related to Appeal Nos. 25-1345 and 25-1404 (the "Prior Appeals"). The Prior Appeals originated from civil proceedings in the district court (D. Md. No. 8:25-cv-00951) that were marked related to this habeas proceeding (D. Md. No. 8:25-cv-02780) below. ECF No. 1-8. All parties to this appeal were also parties to the Prior Appeals,[1] which arise from the same underlying factual nucleus and present overlapping legal issues.

---

[1]    Secretary Markwayne Mullin has been substituted as a party in all proceedings in place of former Secretary of Homeland Security Kristi Noem. Acting Attorney General Todd

**MURRAY OSORIO PLLC**
Simon Y. Sandoval-Moshenberg
Rina Gandhi
4103 Chain Bridge Road, Suite 300
Fairfax, VA 22030
(703) 352-2399
ssandoval@murrayosorio.com

*/s/ Jonathan G. Cooper*

**QUINN EMANUEL URQUHART &
  SULLIVAN, LLP**
Jonathan G. Cooper
Olivia Horton*
Nithya Pathalam
555 13th St NW, Suite 600
Washington, DC 20004
(202) 538-8000
jonathancooper@quinnemanuel.com
oliviahorton@quinnemanuel.com
nithyapathalam@quinnemanuel.com
*admitted in Texas; not admitted in D.C.
Supervised by attorney admitted in D.C.*

Andrew J. Rossman
Sascha N. Rand
Courtney Daukas
Morgan L. Anastasio
Roey Goldstein
295 Fifth Avenue, 9th Floor
New York, NY 10016
(212) 849-7000
andrewrossman@quinnemanuel.com
sascharand@quinnemanuel.com
courtneydaukas@quinnemanuel.com
morgananastasio@quinnemanuel.com
roeygoldstein@quinnemanuel.com

*Counsel for Kilmar Armando Abrego Garcia*

---

Blanche has been substituted as a party in all proceedings in place of former Attorney General Pamela Bondi.