No. 26-6466

IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

KILMAR ABREGO GARCIA,
Petitioner-Appellee,

v.

MARKWAYNE MULLIN, in his official capacity as
Secretary of Homeland Security, *et al.*,
Respondents-Appellants.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
District Court Case No. 8:25-CV-02780-PX

MOTION FOR EXTENSION OF TIME

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

DREW C. ENSIGN
Deputy Assistant Attorney General
Office of Immigration Litigation

ERNESTO H. MOLINA, JR.
Deputy Director

JAIME A. SCOTT
LAUREN E. BRYANT
Trial Attorneys
Dept. of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044

Attorneys for Respondents-Appellants

## MOTION FOR EXTENSION OF TIME

Appellants Markwayne Mullin, in his official capacity as Secretary of Homeland Security, *et al.*, respectfully move to extend the briefing schedule pursuant to Fed. R. App. P. 26(b), Local R. 31(c). Under the proposed extension, Appellants' opening brief and the joint appendix will be due on July 15, 2026, Appellee's response brief will be due on August 14, 2026, and Appellants' reply brief will be due 21 days after service of Appellee's response brief.

In support of this motion, Appellants state the following:

1. On May 5, 2026, this Court issued a Briefing Order, which directed Appellants to file their opening brief and the joint appendix on or before June 15, 2026. ECF No. 9. This Court further ordered that Appellee file his response brief by July 14, 2026, and Appellants file their reply brief, if any, within 21 days of service of Appellees' response brief. *Id*.

2. Appellants respectfully request that this Court extend the deadline for Appellants' brief to July 15, 2026. In turn, Appellees' deadline to file their response brief would be extended to August 14, 2026, and the deadline for Appellants' reply brief be set within 21 days of service of Appellee's brief.

3. The Court has discretion to extend filing deadlines for good cause under Federal Rule of Appellate Procedure 26(b) and for extraordinary circumstances under Local Rule 31(c). Given the complexity of the issues in

this case and counsels' personal and professional obligations—which include counsel's previously-scheduled leave as well as significant, immediately impending discovery deadlines and motion practice in *NTPSA v. Noem, et al.*, 3:25-cv-1766-EMC (N.D. Cal.)—the additional time will allow Appellants to better prepare briefs that aid the Court's consideration. Appellee has agreed to the extension of time, so no prejudice will be borne by either party.

4. Appellants also respectfully request that this Court extend the deadline for the joint appendix to July 15, 2026.

For the foregoing reasons, Appellants respectfully request that the Court extend the briefing schedule and the deadline for the joint appendix as follows:

- Appellants' Opening Brief and Joint Appendix due: July 15, 2026

- Appellee's Response Brief due: August 14, 2026

- Appellants' Reply Brief due: 21 days after service of Appellees' response brief.

Per Local Rule 27(a), Appellants certify that counsel for the Parties have met and conferred on the intended filing of the motion, and Appellee consents to the motion.

May 29, 2026                          Respectfully submitted,


                                     BRETT SHUMATE
                                     *Assistant Attorney General*
                                     Civil Division

                                     DREW C. ENSIGN
                                     *Deputy Assistant Attorney General*

                                     ERNESTO H. MOLINA, JR.
                                     *Deputy Director*

                                     JAIME A. SCOTT

                                     */s/ Lauren E. Bryant*
                                     LAUREN E. BRYANT
                                     Trial Attorney
                                     Dept. of Justice, Civil Division
                                     Office of Immigration Litigation
                                     P.O. Box 878, Ben Franklin Station
                                     Washington, DC 20044
                                     (202) 919-1366
                                     Lauren.e.bryant@usdoj.gov

                                     *Attorneys for Respondents-Appellants*

## <u>CERTIFICATE OF COMPLIANCE</u>

Pursuant to Federal Rule of Appellate Procedure 27(d)(2)(A), I certify that the foregoing was prepared using 14-point Times New Roman type, is proportionally spaced and contains less than 5,200 words.

May 29, 2026

*/s/ Lauren E. Bryant*
LAUREN E. BRYANT
Trial Attorney
Dept. of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 919-1366
Lauren.e.bryant@usdoj.gov

## **CERTIFICATE OF SERVICE**

I certify that on May 29, 2026, I filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Fourth Circuit by using the Court's CM/ECF System. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished through that system.

May 29, 2026

*/s/ Lauren E. Bryant*
LAUREN E. BRYANT
Trial Attorney
Dept. of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 919-1366
Lauren.e.bryant@usdoj.gov