FILED:  June 1, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-6466
(8:25-cv-02780-PX)

_____

KILMAR ARMANDO ABREGO GARCIA

      Petitioner - Appellee

v.

MARKWAYNE MULLIN, Secretary of Homeland Security; TODD BLANCHE,
Acting Attorney General; TODD M. LYONS; NIKITA BAKER

      Respondents - Appellants

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

Opening brief and Joint appendix due: 07/15/2026

Response brief due: 08/14/2026

Any reply brief: 21 days from service of response brief.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk