FILED:  June 24, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-6466
(8:25-cv-02780-PX)
_____

KILMAR ARMANDO ABREGO GARCIA

Petitioner - Appellee

v.

MARKWAYNE MULLIN, Secretary of Homeland Security; TODD BLANCHE,
Acting Attorney General; DAVID J. VENTURELLA; NIKITA BAKER

Respondents - Appellants

_____

O R D E R
_____

The court substitutes David J. Venturella for Todd Lyons as a party to

this proceeding.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk