FILED: June 29, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-6466
(8:25-cv-02780-PX)

_____

KILMAR ARMANDO ABREGO GARCIA

　　　　Petitioner - Appellee

v.

MARKWAYNE MULLIN, Secretary of Homeland Security; TODD BLANCHE,
Acting Attorney General; DAVID J. VENTURELLA; NIKITA BAKER

　　　　Respondents - Appellants

_____

O R D E R

_____

The court grants the motion to suspend briefing pending resolution of the

motion to dismiss.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk