**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

June 29, 2026

_____

RESPONSE REQUESTED

_____

No.   26-6466,      <u>Kilmar Abrego Garcia v. Markwayne Mullin</u>
8:25-cv-02780-PX

TO:    Markwayne Mullin
Todd Blanche
David Venturella
Nikita Baker

RESPONSE DUE: 07/09/2026

Response is required to the motion to dismiss appeal in part on or before the due date above.

C. Bennett, Deputy Clerk
804-916-2702