**quinn emanuel** trial lawyers | washington, dc

555 13th Street NW, Suite 600, Washington, District of Columbia 20004-1109 | TEL (202) 538-8000 FAX (202) 538-8100

WRITER'S DIRECT DIAL NO.
**(202) 538-8000**

WRITER'S EMAIL ADDRESS
**jonathancooper@quinnemanuel.com**

July 10, 2026

**<u>Via CM/ECF</u>**

Nwamaka Anowi
Clerk of Court
U.S. Court of Appeals for the Fourth Circuit
1100 East Main Street, Suite 501
Richmond, Virginia 23219

Re:     *Kilmar Armando Abrego Garcia v. Markwayne Mullin, et al.* (No. 26-6466)

Dear Ms. Anowi,

Under Local Rule 27(d)(2), I write on behalf of Petitioner-Appellee Kilmar Armando Abrego Garcia to provide notice that Petitioner-Appellee intends to file a reply in support of his Motion to Dismiss the Appeal in Part (Dkt. 15), and to request that the Court not act on that Motion until the reply is received. Petitioner-Appellee will file the reply on or before July 16, 2026, in accordance with Federal Rule of Appellate Procedure 27(a)(4).

Respectfully submitted,

*/s/ Jonathan G. Cooper*
Jonathan G. Cooper

**quinn emanuel urquhart & sullivan, llp**

ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DUBAI | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEW YORK | PARIS | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | SINGAPORE | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | WILMINGTON | ZURICH