FILED: August 11, 2026

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 26-6466
(8:25-cv-02780-PX)

_____

KILMAR ARMANDO ABREGO GARCIA

      Petitioner - Appellee

v.

MARKWAYNE MULLIN, Secretary of Homeland Security; TODD BLANCHE, Acting Attorney General; DAVID J. VENTURELLA; NIKITA BAKER

      Respondents - Appellants

_____

O R D E R

_____

Upon consideration of submissions relative to appellees' motion to dismiss for lack of jurisdiction the portion of the government's appeal that purports to challenge the "constructive denial" of two motions to dissolve an injunction, the court grants the motion.

For the Court

/s/ Nwamaka Anowi, Clerk