**No. 26-6466**

---

**IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

---

KILMAR ABREGO GARCIA,
Petitioner-Appellee,

v.

MARKWAYNE MULLIN, in his official capacity as
Secretary of Homeland Security, *et al.*,
Respondents-Appellants.

---

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
District Court Case No. 8:25-CV-02780-PX

---

# MOTION FOR EXTENSION OF TIME

---

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

DREW C. ENSIGN
Deputy Assistant Attorney General
Office of Immigration Litigation

ERNESTO H. MOLINA, JR.
Deputy Director

LAUREN E. BRYANT
JAIME A. SCOTT
Trial Attorneys
Dept. of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044

*Attorneys for Respondents-Appellants*

**MOTION FOR EXTENSION OF TIME**

Appellants Markwayne Mullin, in his official capacity as Secretary of Homeland Security, *et al.*, respectfully move to extend the briefing schedule pursuant to Fed. R. App. P. 26(b), Local R. 31(c) by seven days. Under the proposed extension, Appellants' opening brief and the joint appendix will be due on September 28, 2026, Appellee's response brief will be due on October 28, 2026, and Appellants' reply brief will be due 21 days after service of Appellee's response brief.

In support of this motion, Appellants state the following:

1. On May 5, 2026, this Court issued a Briefing Order, which directed Appellants to file their opening brief and the joint appendix on or before June 15, 2026. Dkt. No. 9. The Court granted a thirty-day extension of the briefing schedule on June 1, 2026. Dkt. No. 14. On June 29, 2026, this Court stayed all briefing pending resolution of Appellee's partial Motion to Dismiss. Dkt. No. 17. This Motion was granted on August 11, 2026, and Appellants' opening brief and the joint appendix deadline was reset to September 21, 2026. Dkt Nos. 22, 23.

2. The Court has discretion to extend filing deadlines for good cause under Federal Rule of Appellate Procedure 26(b) and for extraordinary circumstances under Local Rule 31(c). Given the complexity of the issues in this case and counsels' personal and professional obligations—which include

counsel's previously-scheduled international leave and fast-paced motions practice in *Trilleras Gomez v. Mullin*, No. 1:26-cv-02364 (JMC) (D.D.C.) and *JOP v. DHS*, No. 8:19-cv-01944-SAG (D. Md.)—the additional time will allow Appellants to better prepare a brief that will aid the Court's consideration. This Court has previously found that these circumstances warranted an extension much larger than the ones Appellants now request.

3. Per Local Rule 27(a), Appellants' counsel certifies that they informed Appellee's counsel of the intended filing of the motion. Counsel for Appellee stated they do not object to the requested extension.

4. Thus, good cause and extraordinary circumstances are present. Further, no prejudice will come to Appellee if this short extension of time is granted. Because an injunction against detention remains in place under the pendency of this appeal, a short extension would only provide Appellee with more time in which he is enjoined from being detained.

For the foregoing reasons, Appellants respectfully request that the Court extend the briefing schedule and the deadline for the joint appendix as follows:

- Appellants' Opening Brief and Joint Appendix due: September 28, 2026
- Appellee's Response Brief due: October 28, 2026

- Appellants' Reply Brief due: 21 days after service of Appellees' response brief.

September 14, 2026

Respectfully submitted,

BRETT SHUMATE
*Assistant Attorney General*
Civil Division

DREW C. ENSIGN
*Deputy Assistant Attorney General*

ERNESTO H. MOLINA, JR.
*Deputy Director*

LAUREN E. BRYANT
*Trial Attorney*

*/s/ Jaime A. Scott*
JAIME A. SCOTT
Trial Attorney
Dept. of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 305-3620
Jaime.A.Scott@usdoj.gov

*Attorneys for Respondents-Appellants*

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 27(d)(2)(A), I certify that the foregoing was prepared using 14-point Times New Roman type, is proportionally spaced and contains less than 5,200 words.

September 14, 2026

*/s/ Jaime A. Scott*
JAIME A. SCOTT
Trial Attorney
Dept. of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 305-3620
Jaime.A.Scott@usdoj.gov

**CERTIFICATE OF SERVICE**

I certify that on September 14, I filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Fourth Circuit by using the Court's CM/ECF System. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished through that system.

September 14, 2026

*/s/ Jaime A. Scott*

JAIME A. SCOTT
Trial Attorney
Dept. of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 305-3620
Jaime.A.Scott@usdoj.gov