FILED: September 15, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 26-6466
(8:25-cv-02780-PX)

---

KILMAR ARMANDO ABREGO GARCIA

Petitioner - Appellee

v.

MARKWAYNE MULLIN, Secretary of Homeland Security; TODD BLANCHE, Attorney General; DAVID J. VENTURELLA; NIKITA BAKER

Respondents - Appellants

---

O R D E R

---

The court grants an extension of the briefing schedule. Any further request for an extension of time in which to file the opening brief and joint appendix shall be disfavored. The briefing schedule is extended as follows:

Joint appendix due: 09/28/2026

Opening brief due: 09/28/2026

Response brief due: 10/28/2026

Any reply brief: 21 days from service of response brief.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk