FILED: September 29, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 26-6466
(8:25-cv-02780-PX)

---

KILMAR ARMANDO ABREGO GARCIA

Petitioner - Appellee

v.

MARKWAYNE MULLIN, Secretary of Homeland Security; TODD BLANCHE, Attorney General; DAVID J. VENTURELLA; NIKITA BAKER

Respondents - Appellants

---

O R D E R

---

Upon consideration of the certificate of confidentiality, the court places appendix volume number three under seal.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk