**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

October 1, 2026

---

DOCKET CORRECTION NOTICE

---

No. 26-6466, Kilmar Abrego Garcia v. Markwayne Mullin
8:25-cv-02780-PX

TO: Appellants

JOINT APPENDIX CORRECTION DUE: October 6, 2026

Please make the correction identified below and file a corrected document by the due date indicated. Use the **JOINT APPENDIX** and **SEALED JOINT APPENDIX** entries and select "Corrected" as a modifier. The time for filing the next brief is unaffected by this notice.

[X] Filings must conform to the Fourth Circuit Brief & Appendix Requirements as to content and format. Each volume of the joint appendix must have a table of contents included in **each** volume.

| | |
|---|---|
| Joint Appendix Table of Contents | A detailed table of contents is required. When transcript is included, each witness must be identified, along with the page on which that witness's testimony begins. Exhibits must be identified by number, description, and page on which they begin. If there is more than 1 volume of joint appendix, either the full table of contents or the portion applicable to the particular volume must be included with each volume of joint appendix. |

C. Bennett, Deputy Clerk
804-916-2702