No. 26-6466

# United States Court of Appeals
*for the*
# Fourth Circuit

Kilmar Armando Abrego Garcia
*Petitioner-Appellee,*

*v.*

Markwayne Mullin, *et al.*,
*Respondents-Appellants*

From the United States District Court for the District of Maryland
Case No. 8:25-cv-02780-PX

## JOINT MOTION FOR EXTENSION OF TIME

**MURRAY OSORIO PLLC**
Simon Y. Sandoval-Moshenberg
4103 Chain Bridge Road,
Suite 300
Fairfax, Virginia 22030
(703) 352-2399
ssandoval@murrayosorio.com

*Counsel for Petitioner-Appellee*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Jonathan G. Cooper
555 13th Street NW, Suite 600
Washington, DC 20004
(202) 538-8000
jonathancooper@quinnemanuel.com

Andrew J. Rossman
295 Fifth Avenue, 9th Floor
New York, NY 10016
(212) 849-7000
andrewrossman@quinnemanuel.com

In accordance with Federal Rule of Appellate Procedure 26(b) and Fourth Circuit Local Rule 31(c), the parties respectfully jointly move to extend the deadline for Appellee Kilmar Armando Abrego Garcia's response brief from October 28, 2026, to December 1, 2026, and the Appellants' (the "Government's") reply brief from December 22, 2026, to January 4, 2027. In support of this motion, the parties state the following:

1. On May 5, 2026, this Court ordered the Government to file the opening brief and the joint appendix on or before June 15, Abrego Garcia to file his response brief by July 14, and the Government to file its reply brief, if any, within 21 days of service of the response brief. ECF No. 9.

2. On May 29, the Government requested a 30-day extension to file its opening brief and the joint appendix, due to the "complexity of the issues in this case and counsels' personal and professional obligations." ECF No. 12. This Court granted the extension. ECF No. 14.

3. On June 29, this Court stayed all briefing pending resolution of Abrego Garcia's partial motion to dismiss. ECF No. 17. After this Court granted the partial motion to dismiss, ECF No. 22, it reset the deadline to file the opening brief and joint appendix to September 21, ECF No. 23.

4. On September 14, the Government requested an additional seven-day extension, due to the "complexity of the issues in this case and counsels' personal and professional obligations." ECF No. 24. This Court granted the extension. ECF No. 25.

5. The Government filed its opening brief on September 28, ECF No. 26, and it filed a corrected joint appendix on October 6, ECF No. 32.

6. Abrego Garcia's response brief is currently due on October 28, with any reply due 21 days thereafter. ECF No. 25.

7. This Court has the discretion to extend filing deadlines for good cause under Federal Rule of Appellate Procedure 26(b) and for extraordinary circumstances under Local Rule 31(c).

8. This appeal involves complex and important issues relating to the Government's efforts to detain and remove Abrego Garcia to another country, including the legality of the Government's efforts to re-detain Abrego Garcia. Additional time is warranted to enable counsel for both parties to address these complex issues in the upcoming response and reply briefs.

9. In addition, due to intervening professional commitments, including competing filing deadlines and witness depositions, counsel for Abrego Garcia need additional time to prepare the response brief.

10. The upcoming Thanksgiving, Christmas, and New Year's holidays provide a further basis for the parties' requested extension.

11. The parties therefore respectfully jointly request that the Court extend the briefing schedule as follows:

- Abrego Garcia's response brief due: December 1, 2026.
- Any reply brief due: January 4, 2027.

Respectfully submitted,

Dated: October 14, 2026

*/s/ Ernesto H. Molina, Jr.*
(signed by Jonathan G. Cooper with permission of Ernesto H. Molina, Jr.)

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

DREW C. ENSIGN
Deputy Assistant Attorney
General Office of Immigration
Litigation

*/s/ Jonathan G. Cooper*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Jonathan G. Cooper
Olivia Horton
Nithya Pathalam
555 13th Street NW, Suite 600
Washington, DC 20004
(202) 538-8000
jonathancooper@quinnemanuel.com
oliviahorton@quinnemanuel.com
nithyapathalam@quinnemanuel.com

ERNESTO H. MOLINA, JR.
Deputy Director
U.S. Department of Justice,
Civil Division
Office of Immigration
Litigation
P.O. Box. 868, Washington, DC
20044
Phone: 202-616-9344
Ernesto.H.Molina@usdoj.gov

*Counsel for Respondents-Appellants*

Andrew J. Rossman
Sascha N. Rand
Courtney Daukas
Morgan L. Anastasio
Roey Goldstein
295 Fifth Avenue, 9th Floor
New York, NY 10016
(212) 849-7000
andrewrossman@quinnemanuel.com
sascharand@quinnemanuel.com
courtneydaukas@quinnemanuel.com
morgananastasio@quinnemanuel.com
roeygoldstein@quinnemanuel.com

**MURRAY OSORIO PLLC**
Simon Y. Sandoval-Moshenberg
Rina Gandhi
4103 Chain Bridge Road, Suite 300
Fairfax, VA 22030
(703) 352-2399
ssandoval@murrayosorio.com

*Counsel for Petitioner-Appellee*

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing motion complies with the requirements of Federal Rule of Appellate Procedure 27(d) because, excluding the parts of the document exempted by Rule 32(f), it contains 462 words. This motion complies with the typeface requirements of Rule 32(a)(5) and the type-style requirements of Rule 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Century Schoolbook font.

*/s/ Jonathan G. Cooper*

Jonathan G. Cooper

## CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2026, the foregoing motion was filed electronically with the Clerk of Court using the Court's CM/ECF system.

*/s/ Jonathan G. Cooper*

Jonathan G. Cooper