FILED: October 14, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 26-6466
(8:25-cv-02780-PX)

---

KILMAR ARMANDO ABREGO GARCIA

Petitioner - Appellee

v.

MARKWAYNE MULLIN, Secretary of Homeland Security; TODD BLANCHE, Attorney General; DAVID J. VENTURELLA; NIKITA BAKER

Respondents - Appellants

---

O R D E R

---

The court grants an extension of the briefing schedule as follows:

Response brief due: 12/01/2026

Any reply brief: 01/04/2027

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk