No. 26-6466

# United States Court of Appeals
*for the*
# Fourth Circuit

Kilmar Armando Abrego Garcia
*Petitioner-Appellee,*

*v.*

Markwayne Mullin, *et al.*,
*Respondents-Appellants*

From the United States District Court for the
District of Maryland
Case No. 8:25-cv-02780-PX

## APPELLEE'S MOTION FOR EXTENSION OF TIME

**MURRAY OSORIO PLLC**
Simon Y. Sandoval-Moshenberg
4103 Chain Bridge Road,
Suite 300
Fairfax, Virginia 22030
(703) 352-2399
ssandoval@murrayosorio.com

*Counsel for Petitioner-Appellee*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Jonathan G. Cooper
555 13th Street NW, Suite 600
Washington, DC 20004
(202) 538-8000
jonathancooper@quinnemanuel.com

Andrew J. Rossman
295 Fifth Avenue, 9th Floor
New York, NY 10016
(212) 849-7000
andrewrossman@quinnemanuel.com

In accordance with Federal Rule of Appellate Procedure 26(b) and Fourth Circuit Local Rule 31(c), Appellee Kilmar Armando Abrego Garcia respectfully moves to extend each remaining briefing deadline by 21 days. Appellants (the "Government") do not oppose this motion. Under the proposed schedule, Abrego Garcia's response brief would be due December 22, 2026, and the reply brief of Appellants would be due January 25, 2027. In support of this motion, Abrego Garcia states the following:

1. On May 5, 2026, this Court ordered the Government to file the opening brief and the joint appendix on or before June 15, Abrego Garcia to file his response brief by July 14, and the Government to file its reply brief, if any, within 21 days of service of the response brief. ECF No. 9.

2. On May 29, the Government requested a 30-day extension to file its opening brief and the joint appendix, due to the "complexity of the issues in this case and counsels' personal and professional obligations." ECF No. 12. This Court granted the extension. ECF No. 14.

3. On June 29, this Court stayed all briefing pending resolution of Abrego Garcia's partial motion to dismiss. ECF No. 17. After this Court granted the partial motion to dismiss, ECF No. 22, it reset the

deadline to file the opening brief and joint appendix to September 21, ECF No. 23.

4. On September 14, the Government requested an additional seven-day extension, due to the "complexity of the issues in this case and counsels' personal and professional obligations." ECF No. 24. This Court granted the extension. ECF No. 25.

5. The Government filed its opening brief on September 28, ECF No. 26, and it filed a corrected joint appendix on October 6, ECF No. 32.

6. On October 14, the parties jointly moved to extend the deadline for Abrego Garcia's response brief to December 1, 2026, and the deadline for the Government's reply brief to January 4, 2027. ECF No. 34. This Court granted the motion the same day. ECF No. 35. Abrego Garcia's response brief is therefore currently due December 1, 2026, and any reply is due January 4, 2027.

7. This Court has the discretion to extend filing deadlines for good cause under Federal Rule of Appellate Procedure 26(b) and for extraordinary circumstances under Local Rule 31(c).

8. This appeal involves complex and important issues relating to the Government's efforts to detain and remove Abrego Garcia to another

country, including the legality of the Government's efforts to re-detain Abrego Garcia. Additional time is warranted to ensure that Abrego Garcia's response brief fully addresses these issues in a manner that will aid the Court's consideration.

9. This Court has twice granted the Government extensions of its opening-brief deadline on materially similar grounds, citing "the complexity of the issues in this case and counsels' personal and professional obligations." ECF Nos. 12, 14, 24, 25.

10. The upcoming Christmas and New Year's holidays, which fall within the briefing period, provide a further basis for the requested extension.

11. The requested extension would not prejudice the Government. Because each remaining deadline would shift by the same 21 days, the extension preserves in full the time the Court previously allotted the Government for its reply: the 34 days between December 1, 2026, and January 4, 2027, under the current schedule, and the 34 days between December 22, 2026, and January 25, 2027, under the proposed schedule.

12. Pursuant to Local Rule 27(a), counsel for Abrego Garcia informed counsel for the Government of the intended filing of this motion. The Government does not oppose the requested extension.

13. Abrego Garcia therefore respectfully requests that the Court extend the briefing schedule as follows:

- Abrego Garcia's response brief due: December 22, 2026.
- Any reply brief due: January 25, 2027.

Respectfully submitted,

Dated: November 10, 2026

*/s/ Jonathan G. Cooper*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Jonathan G. Cooper
Olivia Horton
Nithya Pathalam
555 13th Street NW, Suite 600
Washington, DC 20004
(202) 538-8000
jonathancooper@quinnemanuel.com
oliviahorton@quinnemanuel.com
nithyapathalam@quinnemanuel.com
Andrew J. Rossman
Sascha N. Rand
Courtney Daukas
Morgan L. Anastasio

Roey Goldstein
295 Fifth Avenue, 9th Floor
New York, NY 10016
(212) 849-7000
andrewrossman@quinnemanuel.com
sascharand@quinnemanuel.com
courtneydaukas@quinnemanuel.com
morgananastasio@quinnemanuel.com
roeygoldstein@quinnemanuel.com

**MURRAY OSORIO PLLC**
Simon Y. Sandoval-Moshenberg
Rina Gandhi
4103 Chain Bridge Road, Suite 300
Fairfax, VA 22030
(703) 352-2399
ssandoval@murrayosorio.com

*Counsel for Petitioner-Appellee*

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing motion complies with the requirements of Federal Rule of Appellate Procedure 27(d) because, excluding the parts of the document exempted by Rule 32(f), it contains 630 words. This motion complies with the typeface requirements of Rule 32(a)(5) and the type-style requirements of Rule 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Century Schoolbook font.

*/s/ Jonathan G. Cooper*

Jonathan G. Cooper

**CERTIFICATE OF SERVICE**

I hereby certify that on November 10, 2026, the foregoing motion was filed electronically with the Clerk of Court using the Court's CM/ECF system.

*/s/ Jonathan G. Cooper*

Jonathan G. Cooper