FILED: November 10, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 26-6466
(8:25-cv-02780-PX)

---

KILMAR ARMANDO ABREGO GARCIA

Petitioner - Appellee

v.

MARKWAYNE MULLIN, Secretary of Homeland Security; TODD BLANCHE, Attorney General; DAVID J. VENTURELLA; NIKITA BAKER

Respondents - Appellants

---

O R D E R

---

The court grants an extension of the briefing schedule. Any further request for an extension of time in which to file the response brief or reply brief shall be disfavored. The briefing schedule is extended as follows:

Response brief due: 12/22/2026

Reply brief due: 01/25/2027

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk